UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOYCE W. WATERS,

    Plaintiff,

v.                                     Case No: 3:13-cv-1299-J-39JRK

STATE OF FLORIDA,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation ("R&R") (Doc. 10) issued by Magistrate Judge Klindt recommending that Plaintiff's Affidavit of Indigency (Doc. 2), construed as a motion to proceed *In Forma Pauperis*, be denied and that the case be dismissed without prejudice. The R&R was entered on February 5, 2014, and no objections have been filed by Plaintiff. Accordingly, the matter is ripe for review.

After due consideration and independent review of the file, this Court adopts the Report and Recommendation of Magistrate Judge Klindt.

Accordingly, it is

**ORDERED:**

1. The Report and Recommendation (Doc. 10) issued by Magistrate Judge Klindt is **ADOPTED**.

- 2 -

2.  This case is **DISMISSED** without prejudice.

**DONE** and **ORDERED** in Jacksonville, Florida this 1st day of ~~March~~ April, 2014.

_____
BRIAN J. DAVIS
United States District Judge

mw
Copies furnished to:

Counsel of Record
Unrepresented Parties